1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   DALE B. GOLDFARB, State Bar No. 65955
2  KEVIN P. McNAMARA, State Bar No. 180690
   KEVIN R. WARREN, State Bar No. 242238
3  1055 West Seventh Street, 29th Floor
   Los Angeles, California 90017-2547
4  Telephone (213) 489-3222

5  Email: kwarren@hfdclaw.com

6  Attorneys for Defendant, CLARENDON
   NATIONAL INSURANCE COMPANY
7

8                    **UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  JEREMY ATKINSON,                )  CASE NO. 1:08-CV-00032-LJO-DLB
                                    )
12           Plaintiff,             )  Action Filed:   February 2, 2007
                                    )
13       v.                         )
                                    )  **STIPULATION AND ORDER**
14  AMCOM INSURANCE SERVICES,       )  **DISMISSING PLAINTIFF'S**
    INC., a corporation; CLARENDON  )  **COMPLAINT, WITH PREJUDICE**
15  NATIONAL INSURANCE COMPANY,     )
    a corporation; and DOES 1-100,  )
16  Inclusive,                      )
                                    )
17           Defendants.            )
                                    )
18  _____)

19

20       Plaintiff JEREMY ATKINSON, by and through his attorney of record, Heather

21  M. McKeon of the Law Offices of Heather M. McKeon, and defendant CLARENDON

22  NATIONAL INSURANCE COMPANY, by and through its attorney of record, Kevin

23  P. McNamara of Harrington, Foxx, Dubrow & Canter, hereby stipulate and agree that

24  the above-captioned action shall be dismissed with prejudice, with all parties to bear

25  / / /

26  / / /

27  / / /

28  / / /

1  their own attorney's fees andcosts.   The parties request that the Court enter an Order
2  to that effect forthwith.

5  DATED: _____          LAW OFFICES OF HEATHER M. McKEON

7                                    By: _____
8                                        HEATHER M. McKEON
                                         Attorneys for Plaintiff, JEREMY
9                                        ATKINSON

10
11 DATED: _____          HARRINGTON, FOXX, DUBROW &
                                     CANTER, LLP
12
13                                   By: _____
                                         KEVIN P. McNAMARA
14                                       Attorneys for Defendant,
                                         CLARENDON NATIONAL
                                         INSURANCE COMPANY

20 HARRINGTON, FOXX, DUBROW & CANTER, LLP

# **ORDER**

Good Cause Appearing Therefor, the above-captioned action is hereby dismissed, with prejudice, with each side to bear its own attorney's fees and costs of suit incurred herein, pursuant to stipulation.

IT IS SO ORDERED.

**Dated:   March 10, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE